UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-35551
DAVID L. AVERY, )
) Chapter: 7
) Honorable LaShonda Hunt
) Joliet
)
Debtor(s) )

**ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS**

    THIS CAUSE coming on to be heard on the Application of Trustee Peter N. Metrou, not individually, but as Trustee for the Bankruptcy Estate of David L. Avery to Employ Attorneys, due notice having been given and the court being advised in the premises;

    IT IS HEREBY ORDERED that the Trustee's Application to Employ Attorneys retroactive to , Ariane Holtschlag and The Law Office of William J. Factor, Ltd, July 5, 2020, as the Trustee's attorneys, with compensation for such legal services to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow is granted.

Enter: *[signature]*

Honorable LaShonda A. Hunt
Dated: July 24, 2020      United States Bankruptcy Judge

**Prepared by:**

Peter N. Metrou, Trustee
123 W. Washington St.
Suite 216
Oswego, IL 60543